Opinion issued July 28, 2015



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00486-CR

———————————

**DEBORAH WINFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Case No. 1454262**

---

## MEMORANDUM OPINION

Counsel for appellant, Deborah Winfield, has filed a motion to withdraw the appeal. Counsel has signed the motion, and a letter from appellant to which the motion refers is attached. The letter is signed by appellant and expressly states that

she has decided she does not wish to appeal her case. We construe the motion as a motion to dismiss the appeal and conclude that it substantially complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal, and more than ten days have passed and the State has not responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.3(a), 42.2(a).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.
Do not publish. TEX. R. APP. P. 47.2(b).